IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         No. CV 16-613 RB/WPL
                                          No. CR 08-2897 RB

MATTHEW THYBERG,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
## FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 12, 2017. (CV Doc. 17; CR Doc. 129.) The parties were notified that objections were due within fourteen days of service of the PFRD, and that if no objections were filed, no appellate review would be allowed. (CV Doc. 17 at 9; CR Doc. 129 at 9.) To date, no objections have been filed.

    **WHEREFORE,**

    **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (CV Doc. 17; CR Doc. 129) is **ADOPTED** by the Court;

    **IT IS FURTHER ORDERED** that this case is **DISMISSED**, and that a final judgment be entered concurrently with this order.

                                                           _____
                                                            **ROBERT C. BRACK**
                                                             **UNITED STATES DISTRICT JUDGE**